IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN H. PASCHAL,

      Appellant,

v.

JULIE L. JONES, SECRETARY
DEPARTMENT OF
CORRECTIONS ,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5349

Opinion filed August 5, 2016.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

John H. Paschal, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.